**Order entered September 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00349-CV

### THE CITY OF DALLAS, Appellant/Cross-Appellee

### V.

### TRINITY EAST ENERGY, LLC, Appellee/Cross-Appellant

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01443**

## ORDER

We **GRANT** the parties' September 2, 2016 joint motion to extend time to file reply briefs and **ORDER** the parties to file their respective reply briefs no later than October 19, 2016.

/s/      CRAIG STODDART
         JUSTICE